THE STATE OF OHIO, APPELLANT, *v.* SMITH, APPELLEE.

[Cite as *State v. Smith*, 128 Ohio St.3d 442, 2011-Ohio-1839.]

(No. 2010–1345—Submitted October 12, 2010—Decided April 19, 2011.)

{¶ 1} Sua sponte, this cause is no longer held for the decision in 2010–1216, *State ex rel. DeWine v. Burge*, 128 Ohio St.3d 236, 2011-Ohio-235, 943 N.E.2d 535.

{¶ 2} The judgment of the court of appeals is reversed.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent.

Dennis P. Will, Lorain County Prosecuting Attorney, and Billie Jo Belcher, Assistant Prosecuting Attorney, for appellant.

Jack W. Bradley and Michael E. Stepanik, for appellee.